#07-3881F-BK1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| POLLOM, Mathew Edward | ) | CASE NO. 08-80583-FJO-13 |
| 6029 N 34th St | ) | |
| Terre Haute, IN  47805 | ) | |
| POLLOM, Jenifer Roseann | ) | |
| 6029 N 34th St | ) | |
| Terre Haute, IN  47805 | ) | |
| Debtors | ) | |

**AGREED ENTRY ON MOTION FOR RELIEF FROM STAY AND
TO ABANDON REAL ESTATE
LOCATED AT  6029 North 34th Street, Terre Haute, IN 47805.**

U.S. Bank, N.A., successor in interest to The Leader Mortgage Company ("Secured Creditor"), by counsel, Debtors, by counsel, and Trustee  agree as follows:

Debtors shall become current on post-petition arrears of $3,085.40 for the months of August 1, 2010 through December 1, 2010, late charges in the amount of $98.35, property inspection fees in the amount of $160.00 and $800.00 for attorney fees and costs, for a total of $4,143.75 for those items. Secured Creditor is currently holding in Debtors' Suspense Account the amount of $205.79.  Upon order of this Court, Secured Creditor will apply from Debtors' Suspense Account the amount of $205.79 leaving a post-petition arrearage of $3,937.96. Debtors shall cure the post-petition arrearage under this Agreed Entry as follows:

| DATE DUE | AMOUNT DUE |
|---|---|
| Upon signing of Agreed Entry | $3,900.00 |
| January 1, 2011 | $37.96 |

The Debtors shall resume making their regular payment beginning with the payment due on January 1, 2010.  The Agreed Entry payments and the regular monthly payments should be mailed directly to **U.S. BANK, NA, 4801 FREDERICA ST., OWENSBORO, KY 42301**.  Debtors tendering a check to **U.S. BANK, NA** which is subsequently returned due to insufficiency of funds in

the account upon which the check is drawn shall not constitute a payment.

It is agreed that relief shall not be granted to Secured Creditor, its successors and assigns at this time, but if Debtors fail to comply with this Agreed Entry, Secured Creditor shall be entitled to an immediate hearing upon filing of a Notice of Default.

IT IS FURTHER AGREED that this Agreed Entry On Motion For Relief From Stay and to Abandon Real Estate shall bind Debtors in any conversion of the above-entitled bankruptcy proceeding, and that any further automatic stay as defined under 11 U.S.C. Section 362(a) issued during that period shall <u>not</u> arise with respect to Debtors and as to the interest of Secured Creditor, its successors and assigns.

AGREED TO:
DATED 12/22/10                              DATED: 12/21/10

_____                  /s/ Mark Everett Watson
Stacy J. DeLee                              Mark Everett Watson
Attorney for Secured Creditor               Attorney for Debtors
FOUTTY & FOUTTY, LLP                        1117 Wabash Avenue
155 E. Market St., Suite 605                Terre Haute, IN 47807
Indianapolis, IN 46204                      Phone: 812-232-7693
Phone: 317-632-9555                         Fax:
Fax:  317-624-0397                          Email: bk@rowdywilliams.com
Email:  bk@fouttyandfoutty.com

/s/ Donald L. Decker            DATED: 12/20/10
Donald L. Decker, Chapter 13 Trustee
P.O. Box 9237
Terre Haute, IN 47808-9237
Phone: 812-234-2600
Fax: 812-234-2666

DISTRIBUTION TO:
Stacy J. DeLee, 155 East Market Street, Suite 605, Indianapolis, IN 46204
Mathew Edward Pollom, 6029 N 34th St, Terre Haute, IN  47805
Jenifer Roseann Pollom, 6029 N 34th St, Terre Haute, IN  47805
Mark Everett Watson, 1117 Wabash Avenue, Terre Haute, IN 47807
Donald L. Decker, P.O. Box 9237, Terre Haute, IN 47808-9237
U.S. Trustee, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204